UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                   Case Number 09-44982 GMB

Debtor: David J. Gehring

| Check Number | Creditor | Amount |
|---|---|---|
| 1693193 | David J. Gehring | 1,000.00 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:    June 2, 2010